# FINGOLD LAW FIRM, PLLC

575 Lexington Avenue
14th Floor
New York, New York 10022

(212) 837-8490
www.fingoldlaw.com

Joshua E. Fingold, Esq.
josh@fingoldlaw.com

September 3, 2025

Dr. Allan Gugilev
Eye Express Eyecare, LLC
210 East 161st Street
Bronx, NY 10451

Dr. Alan Vilinsky
Eye Express, Inc.
210 East 161st Street
Bronx, NY 10451

> Re: *Maria Ramos and Franchesca Ramos Labor Claim*
> *Demand Pursuant to Business Corporation Law §§ 624 and 630*

Dear Dr. Gugliev and Dr. Vilinsky:

I have been retained by Maria Ramos and Franchesca Ramos in matters relating to their employment with Eye Express, Inc. and Eye Express Eyecare, LLC (collectively the "Eye Store").

Enclosed are demands for employee records made pursuant to New York Labor Law §§ 195 and 198.

Also enclosed are notices pursuant to New York Business Corporation Law § 630 and New York Limited Liability Company Law § 609 of my clients' intent to hold the 10 largest shareholders/members of the respective entities personally liable for unpaid wages.

Finally, demand is made pursuant to New York Business Corporation Law § 624 for a list of the ten largest shareholders of Eye Express, Inc. so personal notice can be served upon these shareholders. Your response is due within five (5) days as required by BCL § 624(b).

Maria and Franchesca inform me that they worked for the Eye Store since 2020 and 2021 respectively. In that time, they were regularly required to perform work from home at nights and on weekends without receiving the legally mandated minimum wage and overtime pay. As part of this work, they were required to send notice by text message at the beginning and end of their work from home shift. Despite this, they never received the minimum wage or overtime compensation for these hours.

Similarly, Maria and Franchesca were required to work Saturday shifts without any pay in blatant violation of minimum wage and overtime laws.

After my clients complained about this practice, Eye Express, Inc. illegally moved the assets of the company to Eye Express Eyecare, LLC thus rendering the original corporation insolvent in violation of Article 10 of the New York Debtor Creditor Law. My clients were then summarily terminated, without cause, to prevent them from pursuing their rights.

After illegally terminating my clients, Dr. Vilinsky retaliated by sending demeaning text messages to Maria and Franchesa and claiming that they should be grateful to him despite his violations of the labor law.

Dr. Gugilev coordinated in the retaliatory campaign by having his lawyer to send a letter falsely claiming that Maria was "seen unlawfully retaining company property, including but not limited to a company iPad." This is obviously false as my client never had a company iPad and the letter was sent solely to intimidate Maria from pursuing her rights under the minimum wage laws.

It is demanded that you immediately pay Maria and Franchesca their back wages together with an equal amount in liquidated damages, interest on the unpaid wages at 9%, $10,000 for

violations of the Wage Theft Prevention Act, compensation for the illegal retaliation and the legal fees of retaining me for this claim.

Finally, you must place a litigation hold on your wage and hour records including all employee time cards for the last six years and all records related to the allegedly stolen iPad.

I suggest that you share this letter and the accompanying notices with your lawyer. Please contact me if you would like to discuss resolution of the outstanding labor law issues involving my clients without court intervention.

Regards,

Joshua Fingold

Cc:    Maria Ramos
       Franchesca Ramos

       Shari Berk
       c/o SE Berk CPA PC
       4 Woodhaven Drive
       New City, NY 10956

       Eye Express Eyecare LLC
       260 Exter Street
       Brooklyn, NY 11235

----------------------------------------------------------------------X

In the Matter of the Unpaid Wages of

MARIA RAMOS and FRANCHESCA RAMOS,

**DEMAND FOR
EMPLOYER RECORDS
PURSUANT TO NY
LABOR LAW SECTION
195**

      Employee.

----------------------------------------------------------------------X

To:   Eye Express, Inc.
      210 East 161st Street
      Bronx, NY 10451

**PLEASE TAKE NOTICE** that pursuant to New York Labor Law § 195(3) Franchesca Ramos by and through her undersigned attorney of record, demands employer, Eye Express, Inc. provide an explanation, in writing, of the method in which her wages were computed.

**PLEASE TAKE FURTHER NOTICE** that pursuant to New York Labor Law § 195(5) Franchesca Ramos, by and through her undersigned attorney of record, demands employer Eye Express, Inc. provide a copy of the employer's policy on sick leave, vacation, personal leave, holidays and hours.

**PLEASE TAKE FURTHER NOTICE** that pursuant to New York Labor Law § 195(6) Franchesca Ramos, by and through her undersigned attorney of record, demands employer, Eye Express, Inc., provide, in writing, the exact date of her termination as well as the exact date of cancellation of employee benefits connected with such termination.

**PLEASE TAKE FURTHER NOTICE** that pursuant to New York Labor Law § 198(1-d) failure to comply with this notice may serve as the basis of an application for injunctive and/or declaratory relief requiring your compliance.

PLEASE TAKE FURTHER NOTICE that pursuant to New York Labor Law § 198(1-d) failure to provide an explanation, in writing, of the method in which wages were computed shall make you liable in a civil action for damages of two hundred fifty dollars for each work day that the violations occurred or continue to occur, but not to exceed a total of five thousand dollars, together with costs and reasonable attorney's fees.

PLEASE TAKE FURTHER NOTICE that pursuant to New York Labor Law § 198(4) failure to respond to this demand shall make you liable in a civil action for the attorney's fees and costs incurred with enforcement.

Dated: August 22, 2025
      New York, New York

Yours, etc.,

FINGOLD LAW FIRM PLLC

Joshua E. Fingold, Esq.
*Attorneys for Employees*
*Maria Ramos and*
*Franchesca Ramos*
575 Lexington Avenue
14th Floor
New York, New York 10022
(212) 837-8490
josh@fingoldlaw.com

-------------------------------------------------------------------------X

In the Matter of the Unpaid Wages of


MARIA RAMOS and FRANCHESCA RAMOS,

'

        Employee.

-------------------------------------------------------------------------X

**DEMAND FOR EMPLOYER RECORDS PURSUANT TO NY LABOR LAW SECTION 195**

To:    Eye Express, Inc.
       210 East 161st Street
       Bronx, NY 10451

**PLEASE TAKE NOTICE** that pursuant to New York Labor Law § 195(3) Maria Ramos by and through her undersigned attorney of record, demands employer, Eye Express, Inc. provide an explanation, in writing, of the method in which her wages were computed.

**PLEASE TAKE FURTHER NOTICE** that pursuant to New York Labor Law § 195(5) Maria Ramos, by and through her undersigned attorney of record, demands employer, Eye Express, Inc. provide a copy of the employer's policy on sick leave, vacation, personal leave, holidays and hours.

**PLEASE TAKE FURTHER NOTICE** that pursuant to New York Labor Law § 195(6) Maria Ramos, by and through her undersigned attorney of record, demands employer, Eye Express, Inc., provide, in writing, the exact date of her termination as well as the exact date of cancellation of employee benefits connected with such termination.

**PLEASE TAKE FURTHER NOTICE** that pursuant to New York Labor Law § 198(1-d) failure to comply with this notice may serve as the basis of an application for injunctive and/or declaratory relief requiring your compliance.

PLEASE TAKE FURTHER NOTICE that pursuant to New York Labor Law § 198(1-d) failure to provide an explanation, in writing, of the method in which wages were computed shall make you liable in a civil action for damages of two hundred fifty dollars for each work day that the violations occurred or continue to occur, but not to exceed a total of five thousand dollars, together with costs and reasonable attorney's fees.

PLEASE TAKE FURTHER NOTICE that pursuant to New York Labor Law § 198(4) failure to respond to this demand shall make you liable in a civil action for the attorney's fees and costs incurred with enforcement.

Dated: August 22, 2025
      New York, New York

Yours, etc.,

FINGOLD LAW FIRM PLLC

Joshua E. Fingold, Esq.
*Attorneys for Employees*
*Maria Ramos and*
*Franchesca Ramos*
575 Lexington Avenue
14th Floor
New York, New York 10022
(212) 837-8490
josh@fingoldlaw.com

```
------------------------------------------------------------------X
```
In the Matter of the Unpaid Wages of


MARIA RAMOS and FRANCHESCA RAMOS,


                Employees.
```
------------------------------------------------------------------X
```

**NOTICE OF INTENT
TO HOLD
SHAREHOLDERS
LIABLE AND DEMAND
FOR INSPECTION OF
SHAREHOLDER
RECORDS**

To:    Eye Express, Inc.
       210 East 161st Street
       Bronx, NY 10451

**PLEASE TAKE NOTICE** that pursuant to the provisions of Section 630 of the Business Corporation Law of New York, you are hereby notified that Maria Ramos and Franchesca Ramos intend to hold the ten largest shareholders of Eye Express, Inc. (hereinafter the "Corporation"), jointly and severally liable for all debts, wages and/or salaries due and owing to them as a laborer, servant, and/or employee of said corporation, for services performed for said corporation within six (6) years preceding the date of this notice, and have expressly authorized the undersigned, as his attorney, to make this demand on his behalf.

**PLEASE TAKE FURTHER NOTICE** that Maria Ramos and Franchesca Ramos, by and through their undersigned attorney, demands pursuant to Section 624(b) of the Business Corporation Law of New York, that at a time no later than the close of business on September 1, 2025, the Corporation make available for inspection, examination, and copying, at its principal office or such other place as may be mutually agreed upon, the minutes of the proceedings of the shareholders of the Corporation and the record of the Corporation's common and preferred shareholders, including their names and addresses and the number of shares held by each.

Dated: August 22, 2025
      New York, New York

                                  Yours, etc.,

                                **FINGOLD LAW FIRM PLLC**

                                Joshua E. Fingold, Esq.
                                *Attorneys for Employees*
                                *Maria Ramos and*
                                *Franchesca Ramos*
                                575 Lexington Avenue
                                14th Floor
                                New York, New York 10022
                                (212) 837-8490
                                josh@fingoldlaw.com

---------------------------------------------------------------------------X

In the Matter of the Unpaid Wages of

**NOTICE OF INTENT
TO HOLD
SHAREHOLDERS
LIABLE AND DEMAND
FOR INSPECTION OF
SHAREHOLDER
RECORDS**

MARIA RAMOS and FRANCHESCA RAMOS,

Employees.

---------------------------------------------------------------------------X

To:    Dr. Alan Vilinsky
       Eye Express, Inc.
       210 East 161st Street
       Bronx, NY 10451

PLEASE TAKE NOTICE that pursuant to the provisions of Section 630 of the Business

Corporation Law of New York, you are hereby notified that Maria Ramos and Franchesca

Ramos intend to hold the ten largest shareholders of Eye Express, Inc. (hereinafter the

"Corporation"), jointly and severally liable for all debts, wages and/or salaries due and owing to

them as a laborer, servant, and/or employee of said corporation, for services performed for said

corporation within six (6) years preceding the date of this notice, and have expressly authorized

the undersigned, as his attorney, to make this demand on his behalf.

Dated: August 22, 2025
      New York, New York

Yours, etc.,

**FINGOLD LAW FIRM PLLC**

Joshua E. Fingold, Esq.
*Attorneys for Employees*
*Maria Ramos and*
*Franchesca Ramos*
575 Lexington Avenue
14th Floor
New York, New York 10022
(212) 837-8490
josh@fingoldlaw.com

------------------------------------------------------------------X

In the Matter of the Unpaid Wages of


MARIA RAMOS and FRANCHESCA RAMOS,                    **NOTICE OF INTENT**
                                                     **TO HOLD LLC**
                                                     **MEMBERS LIABLE**


       Employees.

------------------------------------------------------------------X


To:   Eye Express Eyecare, LLC
      210 East 161st Street
      Bronx, NY 10451

**PLEASE TAKE NOTICE** that pursuant to the provisions of Section 609(c) of the Limited Liability Company Law of New York, you are hereby notified that Maria Ramos and Franchesca Ramos intend to hold the members with the ten largest percentage ownership stakes in Eye Express Eyecare, LLC (hereinafter the "Company"), jointly and severally liable for all debts, wages and/or salaries due and owing to them as a laborer, servant, and/or employee of said limited liability company, or for its predecessor in interest Eye Express, Inc. for services performed for said corporation, or its predessor in interest Eye Express, Inc., within six (6) years preceding the date of this notice, and have expressly authorized the undersigned, as their attorney, to make this demand on their behalf.

Dated: August 22, 2025
New York, New York

Yours, etc.,

FINGOLD LAW FIRM PLLC

Joshua E. Fingold, Esq.
*Attorneys for Employees*
*Maria Ramos and*
*Franchesca Ramos*
575 Lexington Avenue
14th Floor -
New York, New York 10022
(212) 837-8490
josh@fingoldlaw.com

---------------------------------------------------------------------X

In the Matter of the Unpaid Wages of


MARIA RAMOS and FRANCHESCA RAMOS,          **NOTICE OF INTENT**
                                           **TO HOLD LLC**
                                           **MEMBERS LIABLE**


        Employees.
---------------------------------------------------------------------X


To:   Dr. Allan Gugilev
      Eye Express Eyecare, LLC
      210 East 161st Street
      Bronx, NY 10451

        **PLEASE TAKE NOTICE** that pursuant to the provisions of Section 609(c) of the

Limited Liability Company Law of New York, you are hereby notified that Maria Ramos and

Franchesca Ramos intend to hold the members with the ten largest percentage ownership stakes

in Eye Express Eyecare, LLC (hereinafter the "Company"), jointly and severally liable for all

debts, wages and/or salaries due and owing to them as a laborer, servant, and/or employee of said

limited liability company, or for its predecessor in interest Eye Express, Inc. for services

performed for said corporation, or its predessor in interest Eye Express, Inc., within six (6) years

preceding the date of this notice, and have expressly authorized the undersigned, as their

attorney, to make this demand on their behalf.

Dated: August 22, 2025
        New York, New York

Yours, etc.,

**FINGOLD LAW FIRM PLLC**

Joshua E. Fingold, Esq.
*Attorneys for Employees*
*Maria Ramos and*
*Franchesca Ramos*
575 Lexington Avenue
14th Floor
New York, New York 10022
(212) 837-8490
josh@fingoldlaw.com