# FINGOLD LAW FIRM, PLLC

575 Lexington Avenue                    (212) 837-8490
14th Floor                              www.fingoldlaw.com
New York, New York 10022

Joshua E. Fingold, Esq.
josh@fingoldlaw.com

June 1, 2026

Hon. Gregory Woods
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 6/2/2026

**MEMORANDUM ENDORSED**

Re: *Ramos v. Eye Express, Inc.*, 25-CV-9604(GHW)(SDA)
    *Request for Expedited Conference*

**SENT VIA ECF**

Dear Judge Woods:

I represent the plaintiffs in the above captioned case.

I am writing to request an expedited Rule 16 pretrial conference.

This is an FLSA case filed by two former employees of an eye glass store located in the Bronx. There are no collective/class action allegations in the complaint.

The complaint was filed on November 18, 2025. On November 20, 2025, the Court scheduled a case management conference for October 19, 2026 which is eleven months after the complaint was filed.

The defendants waived service and answered the complaint on January 21, 2026. A few days later, the Court ordered the parties to participate in pre-discovery mediation.

The mediation was held on April 13, 2026. Unfortunately, it was not successful. It is therefore necessary to begin formal discovery.

I have repeatedly asked Michael Yim, Esq., attorney for defendants, to commence discovery. I first asked Yim on May 4, 2026 to hold a FRCP 26(f) meet and confer conference with me. He responded by stating the defendants planned to file a premotion letter to dismiss the complaint by May 15, 2026. He and I then spoke on May 5, 2026 and Yim confirmed his intention to file a motion on the pleadings. As a result, I agreed to delay the commencement of discovery until I reviewed his premotion letter. No premotion letter was filed.

On May 18, 2026, I sent Yim a follow up email. I asked him to provide his availability for a Rule 26(f) meet and confer. I also asked Yim to state his position on a request for an expedited Rule 16 conference. This email was ignored.

Section D of the Court's Individual Rules of Practice states that a FRCP 16(c) conference is generally scheduled within three months of the filing of the complaint. There appears to be no reason to wait until October to commence discovery in this matter and therefore an expedited conference is requested.

Respectfully submitted,

/s/ Joshua Fingold

Cc:    All parties of record (Via ECF)

Application granted.  Plaintiff's June 1, 2026 request to reschedule the initial pretrial conference, Dkt. No. 14, is granted.  The initial pretrial conference scheduled for October 19, 2026 is rescheduled to June 11, 2026 at 11:00 a.m. The joint status letter and proposed case management plan described in the Court's November 20, 2026 order are due no later than June 4, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.

SO ORDERED.
Dated:  June 2, 2026
New York, New York

GREGORY H. WOODS
United States District Judge